# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER T. LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | CASE NO. 2:17-cv-08395-CJC SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendants' Motion to Dismiss, **IT IS ADJUDGED** that the complaint and this action are hereby dismissed.

DATED: February 4, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　
HON. CORMAC J. CARNEY
U.S. DISTRICT JUDGE